UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-35518 |
|---|---|
| NATALIE S SWISHER | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985968**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4#9/ 3 | CHASE HOME FINANCE<br>3415 VISION DR<br>COLUMBUS, OH  43219 | 468.30 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/1/2009

Certificate of Service                    04-35518

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| NATALIE S SWISHER<br>327 SARA ST<br>URBANA, OH  43078 | JOHN F CANNIZZARO<br>302 SOUTH MAIN ST<br>MARYSVILLE, OH  43040 | (3.1)<br>CHASE HOME FINANCE<br>3415 VISION DR<br>COLUMBUS, OH  43219 |
| (15.1n)<br>ECAST SETTLEMENT CORPORATION<br>BOX 35480<br>NEWARK, NJ  07193 | (16.1n)<br>GE MONEY BANK<br>ATTN RAMESH SINGH<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL  33131 | (3.3)<br>MICHAEL F LORBER<br>MICHAEL S ARNOVITZ<br>BOX 968  2450 EDISON BLVD<br>TWINSBURG, OH  44087 |

Jeffrey M. Kellner BY         /s/ Jeffrey M. Kellner _____ cs